UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN W. RICHARDSON, )<br>)<br>Defendant. ) | Civil Action No. 04-10895-NMG |

## UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Kevin W. Richardson (hereinafter "Richardson"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1.  According to our office records, Richardson is indebted to the United States for the principal amount of $3,551.11; plus $162.04 accrued interest at the rate of 6.2 percent; plus costs.  The total balance as of November 19, 2004 is $3,713.15.

2.  The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Richardson's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Richardson for failing to plead to, or otherwise defend, the complaint in the above captioned action.

                                          Respectfully submitted,

                                          UNITED STATES OF AMERICA
                                          By its attorneys

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By:

                                          /s/ Christopher R. Donato
                                          CHRISTOPHER R. DONATO
                                          Assistant U.S. Attorney
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3288

Dated: November 22, 2004

### CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                       Boston, MA

     I hereby certify that on this day, I served a copy of the foregoing by mailing to Kevin W. Richardson at 110 Country Road, Huntington, MA 01050.

                                                               /s/ Christopher R. Donato
                                                               CHRISTOPHER R. DONATO
                                                               Assistant U.S. Attorney