UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 04-10895-NMG |
| ) | |
| KEVIN W. RICHARDSON,  ) | |
| ) | |
| Defendant.  ) | |

### AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT

I, Nancy M. Rojas, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Kevin W. Richardson (hereinafter "Richardson"). I am also the custodian of the records for such cases.

3. Richardson was served, according to the return of service, with a summons and complaint on July 1, 2004 at 110 Country Road, Huntington, MA 01050. See attached exhibit "A". As of November 19, 2004, Richardson has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

Nancy M. Rojas
Paralegal

Date: November 22, 2004

Signed and sworn to before me at Boston, Massachusetts, on this 22 day of Nov., 2004.

Notary Public

My commission expires: 2/16/07

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | United States | COURT CASE NUMBER<br>04-10895-PBS |
|---|---|---|
| DEFENDANT | Kevin W. Richardson, Jr. | TYPE OF PROCESS<br>Summons + Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kevin Richardson, Jr.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 Country Road, Huntington, MA 01050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rojas
U.S. Attorney's Office
Financial Litigation Unit
One Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve upon prior to July 6, 2004

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3288
DATE: 5/7/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/11/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 7/1/04 | 12:30 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: ABODE SERVICE MADE. Address of Kevin Richardson Jr. Confirmed. MCN-5279

EXHIBIT A

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | USM-285 (Rev. 12/15/80) |
|---|---|---|