UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN W. RICHARDSON, )<br>)<br>Defendant. ) | Court No. 04-10895-NMG |

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant, Kevin W. Richardson (hereinafter "Richardson"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Richardson is indebted to the United States for the principal amount of $3,551.11; plus $181.89 accrued interest at the rate of 6.2 percent; plus costs. The total balance as of December 22, 2004 was $3,733.00.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes that the United States is entitled to recover judgment on default.

WHEREFORE, the United States requests this Court to enter a default judgment against Richardson in the sum of $3,733.00; plus interest from the date of judgment at the legal interest rate, computed daily and compounded annually until paid in full; plus costs for this action, including a $150.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

                                                  Respectfully submitted,

                                                  UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: December 23, 2004

### CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                Boston, MA

     I hereby certify that on this day, December 23, 2004, I served a copy of the foregoing by mailing to Kevin W. Richardson at 110 Country Road, Huntington, MA 01050.

                                                    /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney